March 9, 2006

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. Timothy G. Chovanec
Law Offices of Timothy G. Chovanec, P.C.
314 Main Street, Suite 300
Fort Worth, TX 76102
Honorable Vicki B. Isaacks
393rd District Judge
1450 E. McKinney Street
Denton, TX 76201

RE: Case Numbers: 06-0107; IN RE RON SMITH
 06-0108; IN RE MAIN PLACE CUSTOM HOMES, INC.
 Court of Appeals Number: 02-04-00275-CV
 Trial Court Number: 2002-60191-393

Dear Counsel:

 Today the Supreme Court of Texas granted the motions for temporary
relief and issued the enclosed stay orders, in the above-referenced cases.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Stephanie |
| |Lavake |
| |Ms. Sherri |
| |Adelstein |
| |Mr. R. Brent |
| |Cooper |